**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 05-6680**

_____

In Re:    KENT GRIFFIN,

                                        Petitioner.

_____

On Petition for Writ of Mandamus

_____

Submitted:  August 18, 2005          Decided:  August 26, 2005

_____

Before WIDENER, WILLIAMS, and MICHAEL, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Kent Griffin, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kent Griffin petitions for writ of mandamus, requesting an order requiring the district court to rule on his pending motion under the All Writs Act. Our review of the district court docket sheet reveals that the district court has recently denied Griffin's motion. Accordingly, because the district court has decided Griffin's case, we grant permission to proceed in forma pauperis and deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>